UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRYAN ANTHONY BRANHAM,                                                      Plaintiff,

v.                                                          Civil Action No. 3:16-cv-P108-DJH

MARK BOLTON *et al.*,                                                     Defendants.

\* \* \* \* \*

## **MEMORANDUM OPINION**

Plaintiff Bryan Anthony Branham initiated this 42 U.S.C. § 1983 *pro se* prisoner civil

rights action on February 19, 2016, alleging that officials at three Kentucky jails had violated his

constitutional rights.  The Court granted Plaintiff leave to proceed *in forma pauperis* on February

26, 2016 (DN 7).  On March 14, 2016, mail sent to Plaintiff by the Court was returned as

undeliverable (DN 8).  Thus, on May 16, 2016, the Court entered a Memorandum Opinion and

Order dismissing this action pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute (DNs 9 &

10).  However, on February 23, 2017, Plaintiff filed a "Motion to Go Forward with Case," which

the Court construed as a motion to reopen the action (DN 14).  The Court granted this motion on

April 11, 2017, and then conducted an initial screening of Plaintiff's complaint pursuant to 28

U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), *overruled on other*

*grounds by Jones v. Bock*, 549 U.S. 199 (2007), on May 26, 2017 (DNs 16 & 20).  In its initial

screening, the Court dismissed all of Plaintiff's claims for failure to state a claim upon which

relief may be granted.  The Court, however, allowed Plaintiff 30 days to amend his complaint to

avoid dismissal of the action.  The Court warned Plaintiff that if he failed to file an amended

complaint with the needed information within the allotted amount of time, the entire action

would be dismissed for failure to state a claim upon which relief may be granted.  Because the

time for Plaintiff to file an amended complaint has now passed, the Court will dismiss this action

by separate Order.

Date: July 13, 2017

**David J. Hale, Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
         Defendants
         Jefferson County Attorney
         Bullitt County Attorney
         Hopkins County Attorney
4415.011